Raymond O. Piper, Appellant, v. Dowell, Incorporated, Appellee.
Coleman Rodgers, Appellant, v. Dowell, Incorporated, Appellee.

Term No. 47,026.

opinion filed January 26, 1948; released for publication February 26, 1948. Laurence L. Arnold and A. J. McMahan, for appellants; Donovan D. McCarty and Robert M. Wham, for appellee. Opinion by PRESIDING JUSTICE BARTLEY. Not to be published in full.

Fred E. Hummel, Trustee in Bankruptcy of Estate of Dorothea W. Huszagh, Bankrupt, Appellant, v. James R. Cardwell et al., Trustee under the Last Will and Testament of Frederick H. Wickett, Deceased et al., Appellees.

Gen. No. 10,183.

opinion filed July 28, 1948; rehearing denied October 5, 1948; released for publication October 7, 1948. Thomas H. Fisher, for appellant; Barre Blumenthal, Edward G. Berglund and Oscar S. Seaver, for various appellees. Opinion by JUSTICE BRISTOW. **Not to be published in full.**

George Middendorf, Appellant, v. Herman Loiseau, Appellee.

Term No. 48M10.

opinion filed September 24, 1948; released for publication October 28, 1948. Johnson & Johnson, for appellant; Hickey & Hickey, for appellee. Opinion by JUSTICE SCHEINEMAN. **Not to be published in full.**